UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

TAMMAR CANCER,
                        **Petitioner,**

    vs.                                                No. 07-CV-808
                                                         (TJM/RFT)

ROBERT ERCOLE,

                        **Respondent.**
_____

**Thomas J. McAvoy,**
**Sr. U.S. District Judge**

## DECISION & ORDER

      Pro se Petitioner Tammar Cancer brings this Petition for a Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2254, on the grounds of (1) ineffective assistance of trial counsel; and (2) ineffective assistance of appellate counsel. The Petition was referred to the Hon. Rondolph F. Treece, United States Magistrate Judge, for a Report-Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).

      The Report-Recommendation dated February 5, 2010 recommended that (1) that the Petition for a Writ of Habeas Corpus be denied; and (2) because Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2), no certificate of appealability should be issued with respect to any of Petitioner's claims. See 28 U.S.C. § 2253(c)(2). No objections to the Report-Recommendation have been raised. After examining the record, this Court has determined that the Report-Recommendation is not subject to attack for plain error or

manifest injustice.  Accordingly, this Court adopts the Report-Recommendation of Magistrate Judge Treece for the reasons stated therein.

It is therefore

**ORDERED** that Petitioner's motion for a Writ of *Habeas Corpus* is **DENIED.** Further, no certificate of appealability will be issued with respect to any of the Petitioner's claims.

**IT IS SO ORDERED.**

Dated:April 29, 2010

_____
Thomas J. McAvoy
Senior, U.S. District Judge